UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS DAVID LANGENDERFER,
    Plaintiff,

v.

DAVE TURNER,
    Defendant.

Case No. 15-cv-05500-WHO (PR)

**ORDER OF DISMISSAL**

This action will be dismissed because plaintiff Thomas Langenderfer failed to file a coherent complaint as instructed. The original complaint was dismissed with leave to amend because it was incomprehensible. The Court could not discern what his legal theories were or what relief he sought. The amended complaint does not correct these deficiencies. While one can make out terms relating to "Indian reservation" and federal land management, there is no coherent argument from which the Court can discern what relief Langenderfer seeks or why he is entitled to such relief. Accordingly, this federal civil rights action is DISMISSED without prejudice. Because this dismissal is without prejudice, Langenderfer may move to reopen at any time. However, any such motion must contain a complaint that contains a clear statement of the facts, what relief he seeks, and why he is entitled to relief.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 29, 2016

WILLIAM H. ORRICK
United States District Judge